UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Robert Taylor, | No. 4:07-CV-1931 |
| Petitioner, | |
| v. | **ORDER** |
| Don Roper, | |
| Respondent. | |

Petitioner, a state prison inmate, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, claiming that he is being confined in violation of his rights under the federal Constitution.

Respondent is directed to file an answer to the petition, certifying the true cause of Petitioner's detention and showing cause why the writ should not be granted. Respondent's answer shall comply fully with the requirements of Rules 5(b), (c) and (d) of the Rules Governing Section 2254 Cases In The United States District Courts. The answer shall be filed with the Court within thirty (30) days after the date of this order, and a copy of the answer shall be served on Petitioner simultaneously with such filing.

If Petitioner intends to file a reply to the answer, that reply must be filed within thirty (30) days after the date the answer is filed. Thereafter, no further submissions from either party will be permitted except as expressly authorized by Court order.

Dated:   February 11, 2008

 s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge