UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Robert Taylor,　　　　　　　　　　　　　　　　　　　　No. 4:07-CV-1931

　　　　Petitioner,
　v.　　　　　　　　　　　　　　　　　　　　　　　　　　**ORDER**

Don Roper,

　　　　Respondent.

---

It appears to the Court that the instant Petition may be time-barred pursuant to the statute of limitations provisions of the Anti-Terrorism and Effective Death Penalty Act, 28 U.S.C. § 2244(d)(1).  See Boston v. Weber, No. 07-2222, — F.3d. —, 2008 WL 1969751 (8th Cir. May 8, 2008); Riddle v. Kemna, No. 06-2542, — F.3d —, 2008 WL 927618 (8th Cir. Apr. 8, 2008) (en banc).  However, the record is incomplete on the procedural history of Petitioner's claims.  Accordingly, the Court **ORDERS** the parties to file simultaneous memoranda, not to exceed ten (10) pages in length, addressing whether the Petition is time-barred under section 2244(d)(1).  The memoranda are due to the Court on or before May 30, 2008.

Dated:　　May 13, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　s/ Paul A. Magnuson
　　　　　　　　　　　　　　　　　　　　　　　　　　Paul A. Magnuson
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge